

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00478-CR

EX PARTE CEDRIC RICHARDSON

---

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1503620D

---

### ORDER

On February 26, 2021, this court ordered court reporter Andrea L. Reed to upload State's Exhibit 187 in an electronic format to the TAMES records submission portal in compliance with appendix C to the Texas Rules of Appellate Procedure and the Uniform Format Manual for Texas Reporters' Records by 5:00 p.m. on Friday, March 5, 2021. The exhibit was not filed in an electronic format by the deadline.

Therefore, on the court's own motion, we order the portion of this proceeding involving the preparation and filing of the reporter's record to be severed from this appellate cause number 02-19-00478-CR and docketed under a new appellate cause number 02-21-00061-CV, styled *In re Andrea L. Reed, CSR.* We direct the Clerk of the

FILE COPY

Court to place copies of the following documents from *Ex Parte Cedric Richardson*, No. 02-19-00478-CR, into *In re Andrea L. Reed, CSR*, No. 02-21-00061-CV:

1. Notice of appeal;
2. Motion for extension of time (01/07/20);
3. Order (01/08/20);
4. Motion for extension of time (02/04/20);
5. Order (02/05/20);
6. Court reporter's certification (02/20/20);
7. Letter (02/27/20);
8. Court reporter's certification (03/11/20);
9. Order (12/08/20);
10. Letter (12/09/20);
11. Order (01/26/21);
12. Court reporter's certification (02/02/21);
13. Order (02/26/21);
14. Court reporter's certification (03/01/21); and
15. This order.

The remaining portion of this proceeding, which consists of appellant Cedric Richardson's appeal from the trial court's December 6, 2019 "Order on Defendant's Motion for Writ of Habeas Corpus," will remain pending under *Ex Parte Cedric Richardson*, No. 02-19-00478-CR, until the reporter's record issue in the severed cause is sufficiently resolved.

We direct the clerk of this court to send a copy of this order to Andrea L. Reed, the attorneys of record, the trial court judge, and the trial court clerk.

Dated March 11, 2021.

Per Curiam